# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>COLIMA'S CARNICERIA Y TAQUERIA, et al.,<br><br>Defendants. | Case No. 1:16-cv-01249-LJO-SKO<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE WAIVER** |

During the settlement conference on this date, the parties orally agreed to waive the disqualification of the undersigned to conduct settlement conferences in this matter. Accordingly, pursuant to Local Rule 270(b), the parties are DIRECTED to file the attached notice of waiver by no later than Monday, December 19, 2016.

IT IS SO ORDERED.

Dated:   **December 15, 2016**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE